**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Yohannes Asres, )<br>)<br>Plaintiff, )<br>) Civil Action No. 07-2157 (EGS)<br>V. )<br>)<br>Michael Mukasey, et al., )<br>)<br>Defendants. )<br>) | |

## ORDER

Pursuant to the March 5, 2008 teleconference, in which plaintiff consented to the dismissal of his complaint because the U.S. Custom and Immigration Services granted his I-485 application and adjusted his residency status to lawful permanent resident, it is hereby

**ORDERED** that the defendants' motion to dismiss the complaint shall be **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's complaint shall be **DISMISSED** with prejudice.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
United States District Judge
March 5, 2008**

Notice to:
YOHANNNES ASRES
4017 David Lane
Alexandria, VA 22311